21 A.3d 1184

IN THE MATTER OF DENNIS J. BARRETT, AN ATTORNEY
AT LAW (ATTORNEY NO. 021881977).

July 15, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–435, concluding that **DENNIS J. BARRETT** of **AVON–BY–THE–SEA,** who was admitted to the bar of this State in 1977, should be reprimanded for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **DENNIS J. BARRETT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.